UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

THOMAS WOOTEN                                                                                              PLAINTIFF

v.                                            No. 5:21-CV-05076

CITY OF FAYETTEVILLE, ARKANSAS and
JOHN DOES 1-3                                                                                            DEFENDANTS

## JUDGMENT

Pursuant to the order entered in this case on this date, this case is DISMISSED WITH PREJUDICE.

IT IS SO ADJUDGED this 28th day of June, 2022.

/s/ P. K. Holmes, III
P.K. HOLMES, III
U.S. DISTRICT JUDGE